UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Steven Rannow,                                File No. 19-cv-2745 (ECT/BRT)

    Plaintiff,

v.                                             **ORDER ACCEPTING REPORT
                                                AND RECOMMENDATION**

McLeod County Court and McLeod County
Social Services,

    Defendants.

---

United States Magistrate Judge Becky R. Thorson issued a Report and Recommendation on March 23, 2020.  ECF No. 10.  No party has objected to that Report and Recommendation, and it is therefore reviewed for clear error.  *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam).  Finding no clear error, and based upon all of the files, records, and proceedings in the above-captioned matter, **IT IS ORDERED THAT**:

    1.    The Report and Recommendation [ECF No. 10] is **ACCEPTED**;

    2.    Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii);

    3.    Plaintiff's Application to Proceed in District Court Without Prepaying Fees [ECF No. 2] is **DENIED AS MOOT**; and

    4.    Plaintiff's Motion [ECF No. 8] is **DENIED AS MOOT**.

    **LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  April 15, 2020              s/ Eric C. Tostrud
                                                                  Eric C. Tostrud
                                                                  United States District Court